JOHN R. CAMPO, ESQ. [SBN 157137]
**BRANSON, BRINKOP, GRIFFITH & CAMPO, LLP**
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone: (650) 365-7710
Facsimile: (650) 365-7981
Email: jcampo@bbgslaw.com

Attorneys for: Plaintiff,
Nina L. Tanner-Smith, by and through
her agent, Tania Haley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA L. TANNER-SMITH, an Individual, by and through her agent, Tania Haley,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No: 24-cv-01147-DMR<br><br>STIPULATION AND ORDER (AS MODIFIED) RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |

Plaintiff, Nina L. Tanner-Smith, by and through her agent, Tania Haley, and defendant, State Farm General Insurance Company hereby stipulate as follows:

An Initial Case Management has been set in this matter for May 29, 2024 at 1:30 p.m. Counsel for plaintiff will be out of the country on a pre-planned European graduation trip with his family from May 20, 2024 through June 3, 2024. As such, counsel is not available on the currently scheduled date. All parties are agreeable to a continuance of the hearing and are available on July 17, 2024. The parties request that the court continue the Initial Case Management Conference to **July 17, 2024 at 1:30 p.m.**, if it is convenient with the court's calendar. In the alternative, it is requested that

1

STIPULATION AND ORDER (AS MODIFIED) RE CONTINUANCE OF INITIAL
CASE MANAGEMENT CONFERENCE [Case No. 24-cv-01147-DMR]

the court reschedule the hearing for a date after June 7, 2024.

IT IS HEREBY STIPULATED.

Dated: April 12, 2024          BRANSON, BRINKOP, GRIFFITH & CAMPO LLP

By: _____*John R. Campo*_____
　　　JOHN R. CAMPO, ESQ.
　　　Attorney for Plaintiff, Nina Tanner-Smith, by
　　　and through her agent, Tania Haley

Dated: April 18, 2024          ROPERS, MAJESKI PC

By: _____*Michon M. Spinelli*_____
　　　MICHON M. SPINELLI, ESQ.
　　　Attorney for Defendant, State Farm
　　　General Insurance Company

### ORDER (AS MODIFIED)

Pursuant to Stipulation of the parties:

IT IS HEREBY ORDERED that the Initial Case Management Conference in this case is continued to  July 31 , 2024 at 1:30 p.m. in Oakland, by Videoconference only. Parties shall file a joint case management conference statement by July 24, 2024. All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.**

IT IS SO ORDERED AS MODIFIED.

Dated: April 22, 2024

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Donna M. Ryu / United States District Court, Northern District of California]

_____
Honorable Donna M. Ryu
Chief Magistrate Judge

BRANSON BRINKOP GRIFFITH & CAMPO LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710

2
STIPULATION AND ORDER (AS MODIFIED) RE CONTINUANCE OF INITIAL
CASE MANAGEMENT CONFERENCE [Case No. 24-cv-01147-DMR]